# ELECTRONIC RECORD

*1225-15*

COA # 05-14-00917-CR     OFFENSE: AGGRAVATED ASSAULT

STYLE: GAFFORD, MILTON     COUNTY: Dallas

COA DISPOSITION: AFFIRM     TRIAL COURT: 283rd District Court

DATE: 08/05/2015     Publish: NO    TC CASE #: F13-71212-T

## IN THE COURT OF CRIMINAL APPEALS

STYLE: GAFFORD, MILTON v.     CCA #: *1225-15*

_PRO SE_ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

DISMISSED AS UNTIMELY     JUDGE: _____

DATE: 9/23/2015     SIGNED: _____    PC: _____

JUDGE: Per Curiam     PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**